FILED

02/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0049

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0049

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT WINSTONE,

      Defendant & Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 31, 2022, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 28 2022